IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DICAM, Inc.<br>      *Plaintiff,*<br>   v.<br>United States Cellular Corporation and<br>LG Electronics Mobilecomm USA, Inc.,<br>      *Defendants*. | Case No. 07 CV 5472<br>Judge Milton I. Shadur<br><br>JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL AS TO DEFENDANTS LG ELECTRONICS MOBILECOMM USA, INC. AND UNITED STATES CELLULAR CORPORATION

IT IS HEREBY STIPULATED AND AGREED among Plaintiff DICAM, INC. ("Plaintiff"), Defendant LG ELECTRONICS MOBILECOMM USA, INC. ("LG"), and Defendant UNITED STATES CELLULAR CORPORATION ("USCC") ("Defendants"), by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii): (a) Plaintiff's and LG's respective claims and counterclaims against each other in the above-captioned action be, and they hereby are, dismissed with prejudice; and (b) that Plaintiff's and USCC's respective claims and counterclaims against each other in the above-captioned action which solely implicate activities and/or products of LG be, and they hereby are, dismissed with prejudice.

This Stipulation is without prejudice to Plaintiff's claims against any named Defendant in Case No.: 07 CV 5670, pending in the United States District Court for the Northern District of Illinois, Eastern Division, or Case No. 3:08-CV-00053, pending in the United States District Court for the Western District of Virginia, Charlottesville Division, including Plaintiff's claims against USCC to the extent such claims do not implicate the activities and/or products of LG.

Each party shall bear its own costs and attorneys' fees.

1

Respectfully submitted,

/s/ Jonathan T. Suder
Michael T. Cooke
Erick S. Robinson
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400
Fax : 817-334-0401
jts@fsclaw.com
mtc@fsclaw.com
robinson@fsclaw.com

Avrum Sidney Katz
Sherry Lee Rollo
Isaac S. Peterson
Daniel Gurfinkel
HUSCH BLACKWELL SANDERS WELSH
 & KATZ
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
312-655-1500
Fax: 312-655-1501
asidney.katz@huschblackwell.com
isaac.peterson@huschblackwell.com
sherry.rollo@huschblackwell.com
daniel.gurfinkel@huschblackwell.com

Mark D. Obenshain
Nancy R. Schlichting
LENHART OBENSHAIN PC
90 N. Main Street, Suite 201
P.O. Box 1287
Harrisonburg, VA 22803
540-437-3133
Fax: 540-437-3101
mdo@lolawfirm.com
nrs@lolawfirm.com

**COUNSEL FOR DICAM, INC**

/s/ David M. Barkan
Thomas B. Manuel
Fish & Richardson PC
500 Arguello Street, Suite 500
Redwood City , CA 94063
650-839-5070
Fax: 650-839-5071
barkan@fr.com
tbm@fr.com

Richard J. O'Brien
Nabeel Umar Khan
Sidley Austin LLP
One South Dearborn Street
Chicago , IL 60603
312-853-7000
robrien@sidley.com
nkhan@sidley.com

**COUNSEL FOR LG ELECTRONICS MOBILECOMM USA, INC.**

Richard J. O'Brien
Nabeel Umar Khan
Sidley Austin LLP
One South Dearborn Street
Chicago , IL 60603
312-853-7000
robrien@sidley.com
nkhan@sidley.com

**COUNSEL FOR UNITED STATES CELLULAR CORPORATION**

3

## **CERTIFICATE OF SERVICE**

On July 24, 2009, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Jonathan T. Suder

M:\Dicam\USCC-02\Pleadings\LG - 1-07-cv-05472\Stipulation of Dismissal - LG.revised.doc